4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 1 2016

David J. Bradley, Clerk

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | § | | |
| | § | | |
| v. | § | Criminal No. | **M-16-1453** |
| | § | | |
| ABELARDO GOMEZ | § | | |
| CERENA CAMILLE ORTIZ | § | | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

From on or about March 25, 2016, through on or about April 7, 2016, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**ABELARDO GOMEZ**
**and**
**CERENA CAMILLE ORTIZ**

conspired and agreed with each other, and others known and unknown to the Grand Jury, to knowingly recruit, entice, harbor, transport, provide, obtain and maintain by any means, in and affecting interstate and foreign commerce, individuals, knowing and in reckless disregard of the fact that said individuals had not attained the age of 18 years and that they would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1594(c), 1591(a)(1), (b)(2) and (c).

### Count Two

From on or about March 25, 2016, through on or about April 7, 2016, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**ABELARDO GOMEZ**
**and**
**CERENA CAMILLE ORTIZ**

did knowingly recruit, entice, harbor, transport, provide, obtain and maintain by any means, in and affecting interstate and foreign commerce, Minor Victim 1, knowing and in reckless disregard of the fact that Minor Victim 1 had not attained the age of 18 years and that Minor Victim 1 would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2) and (c) and 2.

## Count Three

From on or about March 25, 2016, through on or about April 7, 2016, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**ABELARDO GOMEZ**
**and**
**CERENA CAMILLE ORTIZ**

did knowingly recruit, entice, harbor, transport, provide, obtain and maintain by any means, in and affecting interstate and foreign commerce, Minor Victim 2, knowing and in reckless disregard of the fact that Minor Victim 2 had not attained the age of 18 years and that Minor Victim 2 would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2) and (c) and 2.

A TRUE BILL

FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

ASSISTANT UNITED STATES ATTORNEY